UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,   ) | |
| )   *Plaintiff,*   ) | |
| )   | |
| v.   ) | Cause No. 1:14-cr- |
| )   | |
| DJUANE LAMAR McPHAUL   ) | **1:14-cr-0203 TWP -TAB** |
| )   | |
| *Defendant.*   ) | |

## INDICTMENT

The Grand Jury charges that:

### COUNT ONE
(Felon in Possession of a Firearm and Ammunition)
18 U.S.C. § 922(g)(1)

On or about December 21, 2013, within the Southern District of Indiana, Indianapolis

Division, and elsewhere within the jurisdiction of the Court, the defendant,

**DJUANE LAMAR McPHAUL,**

having been convicted of one or more felony crimes punishable by imprisonment for a term

exceeding one (1) year, to wit:

Armed Robbery, a Class B felony, and Intimidation, a Class C felony, Cause
Number 18C02-0111-CF-007, in Delaware County Circuit Court, in the State of
Indiana, on or about February 26, 2003,

did knowingly possess in and affecting commerce any firearm, to wit: a Smith & Wesson, Model

SW9VE, 9mm caliber pistol, serial number DYJ8731, and fifteen (15) rounds of 9mm caliber

ammunition with the head-stamp marking "SPEER 9mm LUGER".

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

COUNT TWO
(Violent Felon in Possession of Body Armor)
18 U.S.C. § 931(a)(1)

On or about December 21, 2013, within the Southern District of Indiana, Indianapolis

Division, and elsewhere within the jurisdiction of the Court, the defendant,

DJUANE LAMAR McPHAUL,

having been convicted of one or more violent felony crimes punishable by imprisonment for a

term exceeding one (1) year, to wit:

> Armed Robbery, a Class B felony, and Intimidation, a Class C, felony, Cause
> Number 18C02-0111-CF-007, in Delaware County Circuit Court, in the State of
> Indiana, on or about February 26, 2003,

did knowingly possess in and effecting commerce body armor, to wit: KDH Defense System,

model STD-103-111A, serial number 10907-130.

In violation of Title 18, United States Code, Sections 931(a)(1) and 924(a)(7).


FORFEITURE ALLEGATION

1. The allegations in Count One and Count Two of this Indictment are realleged as if

fully set forth here, for the purpose of giving the defendant notice that the United States intends

to seek forfeiture of various property pursuant to Title 18, United States Code, Sections 924 and

2253, and Title 28, United States Code, Section 2461.

2. If convicted of the offense set forth in Count One and/or Count Two of the Indictment,

DJUANE LAMAR McPHAUL, defendant herein, shall forfeit to the United States the

defendant's interest in property seized by law enforcement on or about December 21, 2013,

including but not limited to:

2

a)  a Smith & Wesson, Model SW9VE, 9mm caliber pistol, serial number DYJ8731;

b)  fifteen (15) rounds of 9mm caliber ammunition with the head-stamp marking "SPEER 9mm LUGER";

c) KDH Defense System body armor, model STD-103-111A, serial number 10907-130, and;

d) Two thousand, two hundred and forty-five dollars ($2,245.00) in U.S. currency.

A TRUE BILL:

FOREPERSON

JOSH J. MINKLER
ACTING UNITED STATES ATTORNEY

by: _____
Jeffrey D. Preston
Assistant United States Attorney

3