**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | 1:14-cr-0203-TWP-TAB |
| ) | |
| DJUANE LAMAR MCPHAUL, ) | |
|     Defendant. ) | |

**DEFENDANT'S MOTION TO SUPPRESS UNDER FED. CRIM. RULE 12(b)(3)(C)**

      Comes now Defendant DJUANE LAMAR MCPHAUL, by counsel Theodore J. Minch, respectfully moves the Court to suppress as evidence in this Case certain items, set forth hereinbelow, seized by the United States of America ("Plaintiff") or those acting on behalf of or in accordance therewith, in contravention to the Fourth Amendment to the Constitution of the United States of America, and which items were alleged to be in Defendant's possession at the time of Defendant's arrest in this Case.  In support of Defendant's Motion to Suppress, Defendant does hereby state and aver as follows:

      1.      The indictment in this Case, dated October 7, 2014 (the "Indictment"), alleges that Defendant has violated 18 U.S.C. §922(g)(1), felon in possession of a firearm and ammunition (Count One) and 18 U.S.C. §931(a)(1), violent felon in possession of body armor (Count Two).

      2.      The Indictment alleges that on or about December 21, 2013, within the Southern District of Indiana, Defendant possessed a firearm and body armor after having been convicted of one (1) or more violent felony crimes punishable by imprisonment for a term exceeding one (1) year; more to the point, that Defendant was in possession of a firearm on or about December

21, 2013 after having been convicted of robbery as a class B felony and intimidation as a class C felony in Delaware County (Indiana) Circuit Court on or about February 26, 2003.

    3.    It is believed that in support of Plaintiff's case in chief, Plaintiff will present testimony from Ball State University Police officers Andrew Sell and Dave Barnes and Muncie, Indiana police officers Matt Berger and James Lennox (collectively, the "Officers") that:

    (a)    on or about December 21, 2013, the Officers conducted a traffic stop of a white Cadillac sedan, Indiana plate number UGF602 (the "Vehicle");

    (b)    Defendant was alleged to be the driver of the Vehicle; and

    (c)    subsequent to the Officers' stop of the Vehicle and arrest of Defendant, the Officers seized a Smith & Wesson 9 millimeter handgun, serial number DYJ8731 and a KDH class 3a bullet proof vest (collectively, the "Contraband").

    4.    The search and seizure of Defendant's person and the Vehicle, was unlawful, specifically, in violation of Defendant's Fourth Amendment rights, because:

    (a)    the stop of the Vehicle was made with probable cause;

    (b)    the subsequent search of the Vehicle and of Defendant's person was made in the absence of probable cause and without authority to conduct said search;

    (c)    the seizure of the Contraband was made without probable cause and was not otherwise justified under the United States and / or Indiana Constitutions or an exception thereto.

    5.    Based upon the foregoing, the Contraband should be suppressed in this Case.

WHEREFORE, Defendant DJUANE LAMAR MCPHAUL, by counsel, respectfully requests the Court set a hearing on Defendant's Motion to Suppress and thereafter that the Contraband seized by the Officers in this Case be suppressed from evidence in the trial of this matter and for all other relief as is just and necessary in the premises.

SOVICH MINCH, LLP,

*/s/ Theodore J. Minch*
_____
Theodore J. Minch (IN 18798-49)
10500 Crosspoint Boulevard
Indianapolis, Indiana 46256
E-mail:  tjminch@sovichminch.com
Phone:  317-335-3601

*Attorneys for Defendant Djuane Lamar McPhaul*

## CERTIFICATE OF SERVICE

I hereby certify a copy of operation of the Court's electronic filing system this  23rd  day of March, 2015. Parties may access this filing through the Court's system.

Jeffrey D. Preston, Esq.
Assistant United States Attorney
jeffrey.preston@usdoj.gov

*/s/ Theodore J. Minch*
_____
Theodore J. Minch
Sovich Minch, LLP